IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

Civil Action No. 14-CV-176-J

SANDRA J. STEWART,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay her or its own costs.

DATED this 27th day of January, 2016.

BY THE COURT:

*Alan B. Johnson*
U.S. DISTRICT COURT JUDGE